**ORIGINAL**

FILED

07 OCT 19 PM 3: 22

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

1 EPARAMA MAU[1]
  A97-890-332
2 San Diego Detention Center (CCA)
  P.O. Box 439049
3 San Ysidro, CA 92143

4

5

6

7              UNITED STATES DISTRICT COURT

8           SOUTHERN DISTRICT OF CALIFORNIA

9

10  EPRAMA MAU,                          Civil Action No. 07 CV   2037 IEG   (LSP)
    [A97-890-332]

11
                          Petitioner,    NOTICE OF MOTION AND
12                                        MOTION FOR APPOINTMENT
          V.                              OF COUNSEL
13
    MICHAEL CHERTOFF, SECRETARY OF
14  THE DEPARTMENT OF HOMELAND
    SECURITY, PETER KEISLER, ACTING
15  ATTORNEY GENERAL, ROBIN BAKER,
    DIRECTOR OF SAN DIEGO FIELD
16  OFFICE, BUREAU OF IMMIGRATION
    AND CUSTOMS ENFORCEMENT, JOHN A.
17  GARZON, OFFICER-IN-CHARGE,

18                          Respondents.

19
    TO:        KAREN P. HEWITT, UNITED STATES ATTORNEY:
20

21         PLEASE TAKE NOTICE that the petitioner, Eparama Mau, will ask this Court to enter an

22  order granting the motion listed below.

23  / / /

24  / / /

25  / / /

26  / / /

27  _____

28      [1]The petitioner is filing the instant request for appointment of counsel with the assistance
    of James Fife and the Federal Defenders of San Diego, Inc., who drafted the instant motion.

                                           1

**MOTION**

The petitioner, Eparama Mau, pursuant to the United States Constitution, 18 U.S.C. § 3006A, and all other applicable statutes, case law and local rules, hereby moves this Court for an order appointing him counsel to assist him in his efforts to seek relief from his detention through a petition for a writ of habeas corpus under 28 U.S.C. § 2241.

This motion is based upon the instant notice of motion, the incorporated statement of facts and attached memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

Dated: _10 · 17 · 07_

**EPARAMA MAU**
Petitioner