ORIGINAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

07 OCT 29 AM 10:06

| | |
|---|---|
| EPRAMA MAU, [A97-890-332] | ) Case No: TBA<br>) '07 CV 2037 IEG (LSP)<br>) |
| Plaintiff, | ) |
| sv. | ) PROOF OF SERVICE |
| MICHAEL CHERTOFF, et al., | ) |
| Defendant. | ) |

I, the undersigned, say:

1) That I am over eighteen years of age, a resident of the County of San Diego, State of California, and not a party in the within action;

2) That my business address is 225 Broadway, Suite 900, San Diego, California, 92101;

3) That I served the within **CIVIL COVER SHEET, PETITION FOR WRIT OF HABEAS CORPUS, MOTION AND DECLARATION IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS, NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF COUNSEL; STATEMENT OF FACTS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PETITIONER'S MOTION AND DECLARATION OF JAMES FIFE IN SUPPORT OF PETITIONER'S MOTIONS,** placing a true copy of the above-mentioned document in the United States mail on October 19, 2007, to:

U.S. Attorney's Office
Civil Division
880 Front Street
San Diego, CA 92101

I certify under the laws of the State of California that the foregoing is true and correct.

Executed on 19 October 2007 at San Diego, California.

SYLVIA FREEMAN