# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPARAMA MAU,<br><br>                Petitioner,<br>vs.<br><br>MICHAEL CHERTOFF, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, PETER KEISLER, ACTING ATTORNEY GENERAL, ROBIN BAKER DIRECTOR OF SAN DIEGO FIELD OFFICE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, JOHN GARZON, OFFICER-IN-CHARGE,<br><br>                Respondents. | CASE NO. 07cv2037 IEG (LSP),<br><br>**ORDER TO SHOW CAUSE** |

Pending before the Court are Petitioner Eparama Mau's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 and motion for appointment of counsel pursuant to 18 U.S.C. § 3006A(a)(2)(B). Petitioner, who has been detained since October 5, 2004, alleges that his continued and indefinite detention is unlawful because he has been detained beyond the presumptively reasonable period of six months and there is no significant likelihood of removal in the reasonably foreseeable future. See Zadvydas v. Davis, 533 U.S. 678 (2001).

Having reviewed Petitioner's claims, the Court finds that summary dismissal of the petition is unwarranted at this time. Accordingly, Respondents are **ORDERED TO SHOW CAUSE** why the petition and the motion should not be granted by:

1. making an answer in writing why the petition and motion should not be granted;

2. filing with the Court copies of all pertinent filings, orders of the trial and appellate courts (if any) relating to this case, and the transcript of the relevant proceedings in this case; and

- 1 -

3.  filing with the Court a memorandum of law and fact fully stating respondent's positions and recommendations as to the need for this Court to conduct an evidentiary hearing on the merits of this petition and motion.

**IT IS FURTHER ORDERED** that the filing of the foregoing answer shall be made no later than no later than <u>Monday, December 3, 2007</u>.

**IT IS SO ORDERED.**

**DATED:  November 6, 2007**

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**