# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPARAMA MAU,<br><br>        Petitioner,<br><br>vs.<br><br>MICHAEL CHERTOFF, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, PETER KEISLER, ACTING ATTORNEY GENERAL, ROBIN BAKER DIRECTOR OF SAN DIEGO FIELD OFFICE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, JOHN GARZON, OFFICER-IN-CHARGE,<br><br>        Respondents. | CASE NO. 07cv2037 IEG (LSP),<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

  Petitioner has submitted a Petition for Writ of Habeas Corpus pursuant to 22 U.S.C. § 2241, together with a request to proceed in forma pauperis. Petitioner has no funds on account at the institution in which he is presently confined, and accordingly, Petitioner cannot afford the filing fee for this suit. Thus, the Court GRANTS Petitioner's application to proceed in forma pauperis. See 28 U.S.C. § 1915. The Clerk of Court shall file the Complaint without prepayment of the filing fee.

**IT IS SO ORDERED.**

DATED:  November 6, 2007

                       _____
                       **IRMA E. GONZALEZ, Chief Judge**
                       **United States District Court**