1  KAREN P. HEWITT
   United States Attorney
2  RAVEN M. NORRIS
   Assistant U.S. Attorney
3  California State Bar No. 232868
   880 Front Street, Room 6293
4  San Diego, California 92101-8893
   Email: Raven.Norris@usdoj.gov
5  Telephone: (619) 557-7157

6  Attorneys for the Respondents

                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA

EPARAMA MAU,                          )   Case No. 07 cv 2037 IEG (LSP)
                                      )
              Petitioner,             )   NOTICE OF APPEARANCE
                                      )
      v.                              )
                                      )
MICHAEL CHERTOFF, Secretary of the    )
Department of Homeland Security, et al.,)
                                      )
                                      )
              Respondents.            )
_____)

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

   I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

   I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

   The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

   Name (If none, enter "None" below)

      None

   Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case:

   Name (If none, enter "None" below)

      None

1
2  Please call me if you have any questions about this notice.
3
    Dated:   November 14, 2007                 Respectfully submitted,
4
                                            KAREN P. HEWITT
5                                           United States Attorney
6
                                            s/ Raven M. Norris
7                                             RAVEN M. NORRIS
                                            Assistant U.S. Attorney
8                                             Attorneys for Respondents
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPARAMA MAU, | Civil No. 07 cv 2037 IEG (LSP) |
| Petitioner, | CERTIFICATE OF SERVICE |
| v. | |
| MICHAEL CHERTOFF, et al., | |
| Respondents. | |

IT IS HEREBY CERTIFIED THAT:

I, Raven M. Norris, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the NOTICE OF APPEARANCE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

None

I hereby certify that I have caused the foregoing to be mailed, by the United States Postal Service, to the following non-ECF participants on this case:

Eparama Mau
A97-890-332
ICE El Centro Detention Center
1115 N. Imperial Ave.
El Centro, CA 92243

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I have also caused a courtesy copy of the foregoing to be mailed, by the United States Postal Service, to the following parties:

James Fife
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 14, 2007

    s/ Raven M. Norris
    RAVEN M. NORRIS