KAREN P. HEWITT
United States Attorney
RAVEN M. NORRIS
Assistant U.S. Attorney
California State Bar No. 232868
880 Front Street, Room 6293
San Diego, California 92101-8893
Email: Raven.Norris@usdoj.gov
Telephone: (619) 557-7157

Attorneys for the Respondents

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPARAMA MAU,<br><br>    Petitioner,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, et al.,<br><br>    Respondents. | Case No. 07 cv 2037 IEG (LSP)<br><br>RESPONDENTS **NON-OPPOSITION** TO PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL |

The Government does not oppose the motion for appointment of counsel, but recommends that the scope of paid representation be defined since petitioner is concurrently seeking judicial review of his final removal order and there is the potential of a remand for administrative proceedings. Respondents in removal proceedings are entitled to representation, but not at government expense. Therefore, the scope of appointment and reimbursement for services should not include appearances before DHS, the immigration judge or the Board of Immigration Appeals. See 8 U.S.C. §§ 1229a(b)(4)(A), 1362; 8 C.F.R. § 1003.16.

Dated: November 14, 2007                    Respectfully submitted,

                                                                KAREN P. HEWITT
                                                                United States Attorney

                                                                s/ Raven M. Norris
                                                                RAVEN M. NORRIS
                                                                Assistant U.S. Attorney
                                                                Attorneys for Respondents