|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| EPARAMA MAU, | ) | Civil No. 07 cv 2037 IEG (LSP) |
|  | ) |  |
| Petitioner, | ) | CERTIFICATE OF SERVICE |
| v. | ) |  |
|  | ) |  |
| MICHAEL CHERTOFF, et al., | ) |  |
|  | ) |  |
| Respondents. | ) |  |
| _____ | ) |  |

IT IS HEREBY CERTIFIED THAT:

I, Raven M. Norris, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the RESPONDENTS' NON-OPPOSITION TO MOTION TO APPOINT COUNSEL on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

None

I hereby certify that I caused the foregoing to be mailed, by the United States Postal Service, to the following non-ECF participants on this case:

Eparama Mau
A97-890-332
ICE El Centro Detention Center
1115 N. Imperial Ave.
El Centro, CA 92243

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I have also caused a courtesy copy of the foregoing to be mailed, by the United States Postal Service, to the following parties:

James Fife
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 14, 2007

                                           s/ Raven M. Norris
                                           RAVEN M. NORRIS