# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPARAMA MAU, <br><br> Petitioner, <br><br> vs. <br><br> MICHAEL CHERTOFF, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, PETER KEISLER, ACTING ATTORNEY GENERAL, ROBIN BAKER DIRECTOR OF SAN DIEGO FIELD OFFICE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, JOHN GARZON, OFFICER-IN-CHARGE, <br><br> Respondents. | CASE NO. 07cv2037 IEG (LSP), <br><br> **ORDER GRANTING MOTION FOR APPOINTMENT OF COUNSEL** |

Petitioner has submitted a Petition for Writ of Habeas Corpus pursuant to 22 U.S.C. § 2241, together with a motion for appointment of counsel pursuant to 28 U.S.C. § 3006A. Section 3006A(a)(2)(B) provides that counsel may be appointed for an impoverished habeas petitioner "whenever the court determines that the interests of justice so require." The Government has filed a notice of non-opposition to Petitioner's motion.

The Supreme Court has held that a post-removal detention exceeding six month is presumptively unreasonable. See Zadvydas v. Davis, 533 U.S. 678, 701 (2001). Petitioner was ordered removed to Fiji in 2004 and has been in respondents' custody for over 36 months. Thus Petitioner's claim has merit since he has been detained for longer than the presumptively reasonable period. Further, the Court concludes Petitioner is incapable of articulating his claims pro se because the case involves complex constitutional and statutory analysis and interpretation of Supreme Court precedent.

1    Based on the foregoing, the Court concludes that the interests of justice require appointment of counsel. Therefore, the Court **GRANTS** Petitioner's request and appoints the Federal Defenders of San Diego, Inc. as counsel for the purpose of representation in this habeas action.

**IT IS SO ORDERED.**

**DATED:  November 15, 2007**

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**

- 2 -