1  **ZANDRA L. LOPEZ**
California State Bar No. 216567
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3  San Diego, California 92101-5030
Telephone No. (619) 234-8467
4  Email: holly_sullivan@fd.org

5  Attorneys for Mr. Esparza-Gutierrez

6

7

8                        UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )    CASE NO. 07MJ2660
                                       )
12            Plaintiff,               )
                                       )
13  v.                                 )
                                       )    **NOTICE OF APPEARANCE**
14  FRANCISCO ESPARZA-GUTIERREZ,       )
                                       )
15            Defendant.               )
                                       )
16  _____)

17

18          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

19  Zandra L. Lopez, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead counsel in

20  the above-captioned case.

21                                    Respectfully submitted,

22

23  Dated: November 16, 2007           /s/ ZANDRA L. LOPEZ
                                       Federal Defenders of San Diego, Inc.
24                                     Attorneys for Defendant
                                       Zandra_Lopez@fd.org
25

26

27

28

1

**CERTIFICATE OF SERVICE**

2          Counsel for Defendant certifies that the foregoing is true and accurate to the best information

3    and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

4          Courtesy Copy to Chambers

5          Copy to Assistant U.S. Attorney via ECF NEF

6          Copy to Defendant

7    Dated:  November 16, 2007                        /s/ ZANDRA L. LOPEZ
                                                 Federal Defenders of San Diego, Inc.
8                                                225 Broadway, Suite 900
                                                 San Diego, CA  92101-5030
9                                                (619) 234-8467  (tel)
                                                 (619) 687-2666  (fax)
10                                               Zandra_Lopez@fd.org (email)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28