KAREN P. HEWITT
United States Attorney
RAVEN M. NORRIS
Assistant U.S. Attorney
California State Bar No. 232868
880 Front Street, Room 6293
San Diego, California 92101-8893
Email: Raven.Norris@usdoj.gov
Telephone: (619) 557-7157

Attorneys for the Respondents

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPARAMA MAU, | Civil No. 07 cv 2037 IEG (LSP) |
| Petitioner, | JOINT MOTION FOR RE-SETTING OF BRIEFING SCHEDULE |
| v. | [Fed. R. Civ. P. 6(b)(1)] |
| MICHAEL CHERTOFF, et al., | |
| Respondents. | |

COME NOW THE PARTIES, Petitioner EPARAMA MAU by and through counsel, James Fife, and Respondents MICHAEL CHERTOFF, et al., by and through their counsel, Karen P. Hewitt, United States Attorney, and Raven M. Norris, Assistant United States Attorney, and hereby jointly move the Court to extend the time for filing of Respondents' responsive pleading. In order to address Petitioner's claims and without waiving Respondents' rights to defend the causes of actions and allegations, including the right to file any FED. R. CIV. P. 12 motions to dismiss, the parties jointly request this extension of time. Based upon the foregoing, it is respectfully requested that the Court enter an order, under FED. R. CIV. P. 6(b)(1), re-setting the deadline for filing the Return be re-set to **December 28, 2008** and the deadline for filing the Traverse be re-set to **January 18, 2008**.

///

///

///

| | | |
|---|---|---|
| 1 | Dated: November 16, 2007 | Respectfully submitted, |
| 2 | | KAREN P. HEWITT<br>United States Attorney |
| 3 | | |
| 4 | | s/ Raven M. Norris<br>RAVEN M. NORRIS<br>Assistant U.S. Attorney |
| 5 | | Attorneys for Respondents |
| 6 | | |
| 7 | Dated: November 16, 2007 | s/ James Fife<br>JAMES FIFE<br>Attorney for Petitioner |
| 8 | | E-Mail: james_fife@fd.org |

9  Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures
10 of the United States District Court for the Southern District of California, I certify that the content of
11 this document is acceptable to counsel for the Petitioner and that I have obtained authorization from
12 James Fife to affix his electronic signature to this document.

| | | |
|---|---|---|
| 13 | | |
| 14 | DATED: November 16, 2007 | KAREN P. HEWITT<br>United States Attorney |
| 15 | | |
| 16 | | s/ Raven M. Norris<br>RAVEN M. NORRIS<br>Assistant United States Attorney |
| 17 | | Attorneys for Defendants |