UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EPARAMA MAU, | ) | Civil No. 07 cv 2037 IEG (LSP) |
| | ) | |
| Petitioner, | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| | ) | |
| MICHAEL CHERTOFF, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Raven M. Norris, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the JOINT MOTION FOR RE-SETTING OF BRIEFING SCHEDULE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**James Fife, Esq.**

I hereby certify that I caused the foregoing to be mailed, by the United States Postal Service, to the following non-ECF participants on this case:

None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 16, 2007

                                                s/ Raven M. Norris
                                                RAVEN M. NORRIS