**JAMES FIFE**
California Bar No. 237620
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California  92101-5008
Tel:  (619) 234-8467 ext. 3715 / Fax: (619) 687-2666
james_fife@fd.org

Attorneys for Mr. Esparma Mau

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE IRMA E. GONZALEZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07CV2037-IEG (LSP) |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF WITHDRAWAL** |
| **EPARAMA MAU,** | ) | |
| Defendant. | ) | |

Notice is hereby given by James Fife, Federal Defenders of San Diego, Inc., that the following document is withdrawn from the record in the above-captioned case to correct an administrative error in the case filing:

Document:          *Notice of Appearance*

File Date:          November 16, 2007

Docket #:          10

Respectfully submitted,

Dated:  November 19, 2007          /s/ JAMES FIFE
                                   Federal Defenders of San Diego, Inc.
                                   Attorneys for Defendant
                                   James_Fife@fd.org

//

//

1

2                          **<u>CERTIFICATE OF SERVICE</u>**

3              Counsel for Defendant certifies that the foregoing is true and accurate to the best information

4    and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

5              Courtesy Copy to Chambers

6              Copy to Assistant U.S. Attorney via ECF NEF

7

8    Dated:  November 19, 2007                    /s/ JAMES FIFE
                                                  Federal Defenders of San Diego, Inc.
9                                                 225 Broadway, Suite 900
                                                  San Diego, CA  92101-5030
10                                                (619) 234-8467  (tel)
                                                  (619) 687-2666  (fax)
11                                                James_Fife@fd.org (email)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28