1 | **JAMES FIFE**
California State Bar No. 237620
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, California  92101-5030
Telephone No. (619) 234-8467
4 | Email: james_fife@fd.org

5 | Attorneys for Mr. Mau

6

7

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | **(HONORABLE IRMA E. GONZALEZ)**

11 | EPARMA MAU,                                    )     CASE NO. 07CV2037-IEG (LSP)
                                                  )
12 |          Petitioner,                         )
                                                  )
13 | v.                                           )
                                                  )     **NOTICE OF APPEARANCE**
14 | MICHAEL  CHERTOFF,  SECRETARY  OF )
THE   DEPARTMENT   OF   HOMELAND )
15 | SECURITY, et al.,                            )
                                                  )
16 |          Defendant.                          )

17

18

19 |          Pursuant to implementation of the CM/EMF procedures in the Southern District of California, James

20 | Fife, Federal Defenders of San Diego, Inc., files this Notice of Appearance as counsel in the above-captioned

21 | case.

22 |                                         Respectfully submitted,

23

24 | Dated:  November 16, 2007                /s/ JAMES FIFE
                                              Federal Defenders of San Diego, Inc.
25 |                                          Attorneys for Defendant
                                              James_Fife@fd.org
26

27

28

1    **CERTIFICATE OF SERVICE**

2        Counsel for Defendant certifies that the foregoing is true and accurate to the best information and

3    belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

4        Courtesy Copy to Chambers

5        Copy to Assistant U.S. Attorney via ECF NEF

6        Copy to Defendant

7

8    Dated:  November 16, 2007          /s/ JAMES FIFE
                    Federal Defenders of San Diego, Inc.
9                        225 Broadway, Suite 900
                    San Diego, CA  92101-5030
10                       (619) 234-8467  (tel)
                    (619) 687-2666  (fax)
11                       James_Fife@fd.org (email)

2