UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPARAMA MAU, ) | Case No. 07 cv 2037 IEG (LSP) |
| ) | |
| Petitioner, ) | |
| ) | ORDER GRANTING JOINT MOTION FOR |
| v. ) | RE-SETTING OF BRIEFING SCHEDULE |
| ) | |
| MICHAEL CHERTOFF, et al., ) | |
| ) | |
| Respondents. ) | |
| _____ ) | |

Having considered the parties JOINT MOTION FOR RE-SETTING OF BRIEFING SCHEDULE in this 28 U.S.C. §2241 habeas action. For good cause shown. **IT IS HEREBY ORDERED** the Joint Motion is **GRANTED**. **IT IS FURTHER ORDERED** that on or before **December 28, 2007**, the Government shall serve and file a return and on or before **January 18, 2007**, Petitioner may serve and file a Traverse. Upon receipt of the Tr averse, or upon expiration of the deadline to file a Traverse, the matter will be taken under submission for decision on the papers, absent further order of the court.

**It is so ordered.**

**DATED: November 20, 2007**

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**