UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EPARAMA MAU,<br>[A97-890-332]<br><br> Petitioner,<br><br>v.<br><br>MICHAEL CHERTOFF, et al.,<br><br> Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 07CV2037-IEG (LSP)<br><br><br><br><br>CERTIFICATE OF SERVICE |

Counsel for Petitioner certifies that the foregoing pleading, is true and accurate to the

best of his information and belief, and that a copy of the foregoing Defendant's Brief on Sentencing

*in absentia* has been electronically served this day upon:

**Raven M Norris**
raven.norris@usdoj.gov,Ana.Strutton@usdoj.gov,efile.dkt.civ@usdoj.gov,pamela
.bradley@usdoj.gov

Dated: January 18, 2008

 */s/ James Fife*
JAMES FIFE
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
james_fife@fd.org