AO 450 Judgment in a Civil Case

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED

MAR 11 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Eparma Mau

v.

Michael Chertoff; Michael Mukasey; Robin Baker;
John A. Garzon

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**    07cv2037-IEG(LSP)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court **GRANTS IN PART** the Petition for Writ of Habeas Corpus. Respondents **ORDERED** to provide petitioner a hearing within thirty days of this Order before an Immigration Judge with power to grant bail unless the Government establishes that he is a flight risk or a danger to the community. Case is closed.

| March 11, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

J. Haslam
(By) Deputy Clerk

ENTERED ON March 11, 2008