1  **JAMES FIFE**
   California State Bar No. 237620
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC**.
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   Telephone: (619) 234-8467
4

5  Attorneys for EPARAMA MAU

6

7

8
                    UNITED STATES DISTRICT COURT
9
                    SOUTHERN DISTRICT OF CALIFORNIA
10
                         (HON. IRMA E. GONZALEZ)
11
   EPARAMA MAU,                    )   CASE NO. 07CV2037-IEG (LSP)
12                                 )
                    Petitioner,    )   **NOTICE OF MOTION AND MOTION**
13                                 )   **TO AMEND THE JUDGMENT UNDER**
   v.                              )   **FED. R. CIV. P. 59(e)**
14                                 )
   MICHAEL CHERTOFF, et al.        )   DATE: April 14, 2008
15                                 )   TIME: 10:30 a.m.
                    Respondents.   )   **NO ORAL ARGUMENT REQUESTED**
16 _____ )

17
   TO:    CAROL C. LAM, UNITED STATES ATTORNEY
18        RAVEN NORRIS, ASSISTANT UNITED STATES ATTORNEY:

19
        **PLEASE TAKE NOTICE** that petitioner, Eparama Mau, by and through counsel, James Fife and
20
   Federal Defenders of San Diego, Inc., at the above date and time he will move this Court to amend its
21
   judgment filed on march 11, 2008, granting the petition for writ of habeas corpus in part to reconsider and
22
   correct an error of law in the Court's Order under Fed. R. Civ. P. 59(e).
23
        The motion is based on the instant notice and motion, the attached memorandum of points and
24
   authorities, the records and file in the instant case, and any and all matters properly brought before this Court.
25
   No oral argument is necessary or requested on this motion.
26
   / / /
27
   / / /
28
   / / /

                                        1

**MOTION**

Petitioner, Eparama Mau, hereby moves this Court under Fed. R. Civ. P. 59(e) to amend its judgment and order granting the writ of habeas corpus in part by referring the case to U.S. Magistrate Judge Leo S. Papas to conduct a bail hearing addressing Mr. Mau's suitability for release and the appropriate conditions for supervision within thirty days, pursuant to the principles of Tijani v. Willis, 430 F.3d 1231 (9th Cir. 2005), and Nadarajah v. Gonzales, 443 F.3d 1069 (9th Cir. 2006).

Respectfully submitted,

Dated: March 17, 2008

s/ James Fife
**JAMES FIFE**
**Federal Defenders of San Diego, Inc.**
e-mail: james_fife@fd.org

Attorneys for EPARAMA MAU

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EPARAMA MAU, | ) | Crim No. 07CV2037-IEG (LSP) |
| Petitioner, | ) | |
| v. | ) | |
| MICHAEL CHERTOFF, et al., | ) | CERTIFICATE OF SERVICE |
| Defendant. | ) | |

Counsel for Petitioner certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing has been electronically served this day upon:

**Raven M Norris**
raven.norris@usdoj.gov,Ana.Strutton@usdoj.gov,efile.dkt.civ@usdoj.gov,pamela.bradley@usdoj.gov

mailed to:    Mr. Esparma Mau
              Petitioner

Dated: March 17, 2008             /s/ James Fife
                                  JAMES FIFE
                                  Federal Defenders
                                  225 Broadway, Suite 900
                                  San Diego, CA 92101-5030
                                  (619) 234-8467 (tel)
                                  (619) 687-2666 (fax)
                                  james_fife@fd.org