1  **JAMES FIFE**
   California State Bar No. 237620
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC**.
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   Telephone: (619) 234-8467
4  james_fife@fd.org

5  Attorneys for EPARAMA MAU

6

7

8                    UNITED STATES DISTRICT COURT
9
                    SOUTHERN DISTRICT OF CALIFORNIA
10
                       **(HON. IRMA E. GONZALEZ)**
11
   EPARAMA MAU,                    )    CASE NO. 07CV2037-IEG (LSP)
12                                  )
                 Petitioner,        )    **JOINT MOTION TO CONTINUE THE**
13                                  )    **HEARING ON PETITIONER'S**
   v.                               )    **MOTION TO AMEND THE JUDGMENT**
14                                  )
   MICHAEL CHERTOFF, SECRETARY OF   )    DATE: April 14, 2008
15 THE DEPARTMENT OF HOMELAND       )    TIME: 10:30 a.m.
   SECURITY, et al.,                )
16               Respondents.       )
   _____)
17

18         On March 11, 2008, this Court granted the Petition in part, ordering a hearing before the immigration

19 court within thirty days.

20         On March 17, 2008, Petitioner filed a Motion to Amend the Judgment under Fed. R. Civ. P. 59(e).

21 The hearing date was set for April 14, 2008, but no oral argument was requested.

22         On March 24, 2008, the immigration court held a hearing pursuant to this Court's Order.  Petitioner

23 subsequently filed a Supplement to the Motion to Amend in order to update the Court on the outcome of the

24 hearing and to request that oral argument now be scheduled on the Motion in light of these new developments

25 in the case.

26         Because of these developments, and due to prior commitments in the Court's and counsel's schedules,

27 the parties agree that additional time should be allotted for Respondents to respond to the original Motion and

28 the Supplement.  Accordingly, the parties file this Joint Motion to Continue the Hearing on Petitioner's

Motion to Amend the Judgment, requesting the hearing be continued two weeks to **April 28, 2008**, to permit Respondents to reply to all the issues raised by Petitioner in his pleadings.

Respectfully submitted,

Dated:     March 28, 2008            *s/ Raven Norris*
                                    **KAREN P. HEWITT**
                                    **United States Attorney**
                                    **RAVEN NORRIS**
                                    **Assistant United States Attorney**
                                    Attorneys for Respondents
                                    raven.norris@usdoj.gov


                                    *s/ James Fife*
                                    **JAMES FIFE**
                                    **Federal Defenders of San Diego, Inc.**
                                    Attorneys for EPARAMA MAU
                                    james_fife@fd.org

07CV2037-IEG

CERTIFICATE OF AUTHORIZATION TO SIGN ELECTRONIC SIGNATURE

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Plaintiff and that I have obtained authorization from Raven Norris, AUSA to affix her electronic signature to this document.

_s/ James Fife_____
**JAMES FIFE**
**Federal Defenders of San Diego, Inc.**
Attorneys for EPARAMA MAU
james_fife@fd.org

07CV2037-IEG