UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPARAMA MAU, | ) |
| | ) Case No. 07CV2037-IEG |
| Petitioner, | ) |
| v. | ) |
| MICHAEL CHERTOFF, et al., | ) |
| Respondents. | ) |

Counsel for Petitioner certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing Joint Motion to Continue the Hearing on Petitioner's Motion to Amend the Judgment has been electronically served this day upon:

> Raven Norris, Assistant United States Attorney
> 880 Front Street
> San Diego, CA  92101
> raven.norris@usdoj.gov

and a copy mailed to:

> Eparama Mau
> Petitioner

Dated: March 28, 2008         /s/ James Fife
                              JAMES FIFE
                              Federal Defenders
                              225 Broadway, Suite 900
                              San Diego, CA 92101-5030
                              (619) 234-8467  (tel)
                              (619) 687-2666  (fax)
                              james_fife@fd.org