UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. IRMA E. GONZALEZ)

| | |
|---|---|
| EPARAMA MAU,<br><br>　　　　Petitioner,<br><br>v.<br><br>MICHAEL CHERTOFF, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, et al.,<br>　　　　Respondents. | CASE NO. 07CV2037-IEG (LSP)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE HEARING ON PETITIONER'S MOTION TO AMEND**<br><br>[Doc. No. 21] |

**GOOD CAUSE APPEARING**, it is ordered that the hearing on the Motion to Amend the Judgment scheduled for April 14, 2008, be continued two weeks until **April 28, 2008 at 10:30 a.m.**.

**IT IS SO ORDERED.**

DATED: April 1, 2008



IRMA E. GONZALEZ, Chief Judge
United States District Court